UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN LOPEZ,<br><br>            Plaintiffs,<br><br>- against -<br><br>ACE LIMO NY, INC.<br><br>            Defendant. | 2:17-cv-2352-SJF-AKT |

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff, STEVEN LOPEZ ("Plaintiff"), respectfully request that the Clerk of the Court enter the default of the Defendant, ACE LIMO NY, INC. pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend, as more particularly set forth in the annexed affidavit of Richard P. Liebowitz, Esq. (A Clerk's Certificate is enclosed herewith).

Date: August 22, 2017
   Valley Stream, New York

                       LIEBOWITZ LAW FIRM, PLLC

                       /s/Richard Liebowitz
                       Richard P. Liebowitz, Esq.
                       11 Sunrise Plaza, Suite 305
                       Valley Stream, New York 11530
                       Tele: 516-233-1660
                       RL@LiebowitzLawFirm.com