# CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** December 13, 2017    **TIME:** 11:00 a.m.

**CASE NUMBER:**    2:17-cv-02352-SJF-ARL

**CASE TITLE:**    Lopez v. Ace Limousine, Inc.

**PLTFFS ATTY:**    Yekaterina Tsyvkin
   X  present    __ not present

**DEFTS ATTY:**    Michael S Leinoff
   X  present    __ not present

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  DEC 13 2017  ★
LONG ISLAND OFFICE

**COURT REPORTER:** N/A        **COURTROOM DEPUTY:** G.O.
**OTHER:** _____

X    CASE CALLED.

_    ARGUMENT HEARD / CONT'D TO _____.

_    DECISION:  ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** A Status Conference is scheduled for January 16, 2018 at 11:15 a.m. before Judge Sandra J. Feuerstein in Courtroom 1010.