**Honorable Sandra J. Feuerstein, U.S.D.J.**
**United States District Court for the Eastern District of New York**
**United States Courthouse**
**100 Federal Plaza, Courtroom 1010**
**Central Islip, NY**


Re:    *Lopez v. Ace Limousine, Inc.*
         *Docket No. 2:17-cv-02352 (SJF)(ARL)*

Dear Judge Feuerstein,

    Pursuant to Your Honor's November 13, 2017 Order (Dkt. 23), Plaintiff Steven Lopez and Defendant Ace Limousine Inc. respectfully request to appear telephonically during the upcoming status conference, to be held on January 16 at 11:15AM.   The parties appreciate the Court's consideration of this late request.



Respectfully Submitted,

/s/Yekaterina Tsyvkin
Yekaterina Tsyvkin
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com
kt@liebowitzlawfirm.com

*Attorneys for Plaintiff Steven Lopez*