# CIVIL CAUSE FOR STATUS CONFERENCE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 16 2018 ★

LONG ISLAND OFFICE

## BEFORE: JUDGE FEUERSTEIN

**DATE**: January 16, 2018     **TIME**: 11:00 a.m.

**CASE NUMBER**:     2:17-cv-02352-SJF-ARL

**CASE TITLE**:     Lopez v. Ace Limousine, Inc.

**PLTFFS ATTY**:    Yekaterina Tsyvkin
                     X  present          ___ not present

**DEFTS ATTY**:    Michael S Leinoff
                    X  present          ___ not present

**COURT REPORTER**: N/A          **COURTROOM DEPUTY**: BMM
**OTHER**: _____

_X_   CASE CALLED.

_     ARGUMENT HEARD / CONT'D TO_____.

_     DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER**: Outstanding discovery is respectfully referred to the assigned magistrate judge. All discovery shall be complete by 7/16/2018. Dispositive motions to be served and filed in accordance with Judge Feuerstein's individual rules by 10/16/2018. A pretrial conference is scheduled before Judge Feuerstein on 1/16/2019 at 11:15am.