# Liebowitz Law Firm, PLLC
### Attorneys for the Photographic Arts

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

January 14, 2019

Honorable Sandra J. Feuerstein
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Lopez v. Ace Limousine, Inc. (2:17-cv-02352-SJF-ARL)*

Dear Judge Feuerstein,

We represent Plaintiff, Steven Lopez, in the above in-captioned case. The parties are continuing to discuss settlement and would like an additional 30 days to try to get the matter resolved. The parties respectfully request that the conference scheduled for January 16, 2019 to adjourned for 30-days to discuss settlement.

The Courts consideration is much appreciated.

                                                   Respectfully submitted,

                                                   /s/Richard Liebowitz
                                                 Richard P. Liebowitz

                                               *Counsel for Plaintiff Steven Lopez*

