UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE:   ARLENE R. LINDSAY                DATE: 9/10/2019
          United States Magistrate Judge
                                           TIME: 11:30 a.m.

DOCKET NO: CV 17-2352 (ARL)

CASE: Lopez v. Ace Limousine, Inc.

___ INITIAL CONFERENCE

___ STATUS CONFERENCE                      BY TELEPHONE___

_X_ SETTLEMENT CONFERENCE

___ FINAL CONFERENCE

___ DISCOVERY CONFERENCE

APPEARANCES:      FOR PLAINTIFF:      FOR DEFENDANTS:

                  Richard Libowitz    Jack Piana

**The following rulings were made:**

The parties reached a settlement. The terms were placed on the record. The Clerk of Court is directed to close the case.

SO ORDERED:

_____/s/_____